1  Lori S. Brody (SBN 150545)
   KAPLAN FOX & KILSHEIMER LLP
2  11601 Wilshire Boulevard, Suite 300
   Los Angeles, CA 90025
3  Telephone: (310) 439-6006
   Facsimile: (310) 439-6004
4

5  Laurence D. King (SBN 206423)
   KAPLAN FOX & KILSHEIMER LLP
6  555 Montgomery Street, Suite 1501
   San Francisco, CA 94111
7  Telephone: (415) 772-4700
   Facsimile: (415) 772-4707
8

9  Robert N. Kaplan (admitted *pro hac vice*)
   Hae Sung Nam (admitted *pro hac vice*)
10 KAPLAN FOX & KILSHEIMER LLP
   805 Third Avenue, 22nd Floor
11 New York, NY 10022
   Telephone: (212) 687-1980
12 Facsimile: (212) 687-7714
13
   Attorneys for Plaintiff(s)
14
15              UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

                   WESTERN DIVISION
17

18 DOUGLAS SANDS, Individually and
   on Behalf of All Others
19 Similarly Situated,                Case No. 2:03cv3272 (GHK)

20              Plaintiff,            **CLASS ACTION**

21    v.                             [PROPOSED] **FINAL JUDGMENT AND
                                     ORDER OF DISMISSAL WITH
22 eUNIVERSE, INC., BRAD D.          PREJUDICE**
   GREENSPAN, BRETT BREWER, JOSEPH
23 L. VARRAVETO, ADAM GOLDENBERG,    DATE: Sept. 19, 2005
   CHRISTOPHER LIPP, MICHAEL         TIME: 9:30
24 CARRIGAN AND MERDINGER,           COURTROOM:  The Honorable
   FRUCHTER, ROSEN & CORSO, P.C.                 George H. King
25                                               Room 650, Roybal
                                                 Bldg.
26              Defendants.

27

28

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1    This matter came before the Court for hearing on September

2  19, 2005, pursuant to the June 9, 2005, Order of this Court

3  Preliminarily Approving the Settlement and Providing for Notice,

4  on the application of the parties for approval of the settlement

5  set forth in the Amended Stipulation of Settlement dated as of

6  June 6, 2005 (the "Amended Stipulation").  Due and adequate notice

7  having been given to the Class as required in said Order, and the

8  Court having considered all papers filed and proceedings had

9  herein and otherwise being fully informed in the premises and good

10  cause appearing therefore,

11    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

12    1.   This Judgment incorporates by reference the definitions

13  in the Amended Stipulation, and all terms used herein shall have

14  the same meanings as set forth in the Amended Stipulation.

15    2.   This Court has jurisdiction over the subject matter of

16  the Litigation and over all parties to the Litigation, including

17  all members of the Class.

18    3.   Pursuant to Rule 23 of the Federal Rule of Civil

19  Procedure, this Court has certified the Class.  The Class is

20  defined as all Persons who purchased or otherwise acquired

21  eUniverse common stock at any time during the period May 14, 2002

22  through May 5, 2003, inclusive.  Excluded from the Class are

23  Defendants, members of the immediate families of each of the

24  Individual Defendants, and any entity that controlled any

25  Defendant for all or any portion of the Class Period, any entity

26  in which any Defendant has or had a controlling interest at any

27  time after May 14, 2002, current and former directors and officers

28  of eUniverse for all or any portion of the Class Period and the

1

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

1   legal representatives, heirs, successors or assigns of any such

2   excluded Person or entity.

3       4.   The Court finds that the Amended Stipulation, and

4   Settlement contained therein, is fair, just, reasonable and

5   adequate as to each of the Settling Parties and the Class, and

6   that the Amended Stipulation, and Settlement contained therein, is

7   hereby finally approved in all respects, and the Settling Parties

8   are hereby directed to perform its terms.

9       5.   Upon the Effective Date hereof, the Lead Plaintiff and

10  each of the Class Members, other than those individuals listed on

11  Exhibit A attached hereto, shall be deemed to have, and by

12  operation of the Judgment shall have, fully, finally and forever

13  released, relinquished and discharged all Released Claims against

14  the Released Persons, whether or not Lead Plaintiff or such Class

15  Member executes and delivers a Proof of Claim and Release.

16      6.   All members of the Class other than those individuals

17  listed on Exhibit A attached hereto are hereby forever barred and

18  enjoined from prosecuting the Released Claims against the Released

19  Persons.

20      7.   Upon the Effective Date hereof, each of the Defendants

21  shall be deemed to have, and by operation of this Judgment shall

22  have, fully, finally and forever released, relinquished and

23  discharged each and all of the Class Members, except for those

24  individuals listed on Exhibit A, and Plaintiffs' Lead Counsel from

25  all claims (including "Unknown Claims"), arising out of, relating

26  to, or in connection with the institution, prosecution, assertion,

27  settlement or resolution of the Litigation or the Released Claims.

28

2

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

1      8.   The notice given to the Class met the statutory

2 requirements of notice under the circumstances, including the

3 individual notice to all members of the Class who could be

4 identified through reasonable effort.  Said notice met the

5 statutory requirements of notice in class actions under the

6 circumstances of those proceedings and of the matters set forth

7 therein, including the proposed Settlement set forth in the

8 Amended Stipulation, to all Persons entitled to such notice, and

9 said notice fully satisfied the requirements of Federal Rules of

10 Civil Procedure 23 and the requirement of due process.

11      9.   Neither the Amended Stipulation nor the Settlement

12 contained therein, nor any act performed or document executed

13 pursuant to or in furtherance of the Amended Stipulation or the

14 Settlement:  (i) is or may be deemed to be or may be used as an

15 admission of, or evidence of, the validity of any Released Claim,

16 or of any wrongdoing or liability of the Defendants, or (ii) is or

17 may be deemed to be or may be used as an admission of, or evidence

18 of, any fault or omission of any of the Defendants in any civil,

19 criminal or administrative proceeding in any court, administrative

20 agency or other tribunal.  Defendants may file the Amended

21 Stipulation and/or the Judgment from this action in any other

22 action that may be brought against them in order to support a

23 defense or counterclaim based on principles of res judicata,

24 collateral estoppel, release, good faith settlement, judgment bar

25 or reduction or any theory of claim preclusion or issue preclusion

26 or similar defense or counterclaim.

27     10.  Without affecting the finality of this Judgment in any

28 way, this Court hereby retains continuing jurisdiction over (a)

3

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

1 | implementation of the Settlement and any award or distribution of

2 | the Settlement Fund, including interest earned thereon; (b)

3 | disposition of the Settlement Fund; (c) hearing and determining

4 | applications for attorneys' fees, costs, interest and

5 | reimbursement of expenses in the Litigation; and (d) all parties

6 | hereto for the purpose of construing, enforcing and administering

7 | the Amended Stipulation.

8 |     11.  The Court finds that during the course of the

9 | Litigation, the Settling Parties and their respective counsel at

10 | all times complied with the requirements of Federal Rule of Civil

11 | Procedure 11.

12 |     12.  In the event that the Settlement does not become

13 | effective in accordance with the terms of the Amended Stipulation

14 | or in the event that the Settlement Fund, or any portion thereof,

15 | is returned to the Defendants or their insurers, then this

16 | Judgment shall be rendered null and void to the extent provided by

17 | and in accordance with the Amended Stipulation and shall be

18 | vacated, and in such event, all orders entered and releases

19 | delivered in connection herewith shall be null and void to the

20 | extent provided by and in accordance with the Amended Stipulation.

21 |     IT IS SO ORDERED.

22 | DATED: _____9/28/05_____

23 |     The Honorable George H. King
    UNITED STATES DISTRICT JUDGE

4

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

SCANNED

EXHIBIT A

Mary F. Lane

Kee C. Lane

David H. Padden

Exhibit A - page 5