```
ORIGINAL                                    LODGED
```

| | |
|---|---|
| 1 | Lori S. Brody (SBN 150545) |
| 2 | KAPLAN FOX & KILSHEIMER LLP<br>11601 Wilshire Boulevard, Suite 300<br>Los Angeles, CA 90025 |
| 3 | Telephone: (310) 439-6006 |
| 4 | Facsimile: (310) 439-6004 |
| 5 | Laurence D. King (SBN 206423) |
| 6 | KAPLAN FOX & KILSHEIMER LLP<br>555 Montgomery Street, Suite 1501 |
| 7 | San Francisco, CA 94111<br>Telephone: (415) 772-4700 |
| 8 | Facsimile: (415) 772-4707 |
| 9 | Robert N. Kaplan (admitted *pro hac vice*)<br>Hae Sung Nam (admitted *pro hac vice*) |
| 10 | KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor |
| 11 | New York, NY 10022<br>Telephone: (212) 687-1980 |
| 12 | Facsimile: (212) 687-7714 |
| 13 | Attorneys for Plaintiff(s) |

FILED
CLERK, U.S DISTRICT COURT
APR 18 2006
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

DOCKETED ON CM
APR 21 2006
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS SANDS, Individually and on Behalf of All Others Similarly Situated, | | Case No. 2:03cv3272 (GHK) |
| | Plaintiff, | CLASS ACTION |
| v. | | [~~PROPOSED~~] ORDER RE DISTRIBUTION OF NET SETTLEMENT FUND |
| eUNIVERSE, INC., BRAD D. GREENSPAN, BRETT BREWER, JOSEPH L. VARRAVETO, ADAM GOLDENBERG, CHRISTOPHER LIPP, MICHAEL CARRIGAN AND MERDINGER, FRUCHTER, ROSEN & CORSO, P.C. | | COURTROOM: The Honorable George H. King<br>Room 650, Roybal Bldg. |
| | Defendants. | |



[PROPOSED] ORDER RE DISTRIBUTION OF NET SETTLEMENT FUND

1    WHEREAS, on September 30, 2005, this Court entered a Final Judgment and Order of Dismissal With Prejudice of the above-captioned class action and also approved (i) the Settlement set forth in the Amended Stipulation of Settlement dated as of June 6, 2005 (the "Amended Stipulation") and (ii) the Plan of Distribution of Settlement (the "Plan of Distribution") submitted by Lead Plaintiffs' Counsel; and

WHEREAS, this Court has directed the parties to proceed with the administration of the Settlement pursuant to the terms of the Amended Stipulation and Plan of Distribution; and

WHEREAS, this Court has retained jurisdiction of this action for purposes of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the distribution of the Settlement Fund to the members of the class.

NOW, THEREFORE, upon reading and filing the Declaration of Michael Rosenbaum of Berdon Claims Administration LLC, the Claims Administrator ("Berdon"), the exhibits thereto, and upon all prior proceedings heretofore had herein and after due deliberation,

IT IS HEREBY ORDERD, ADJUDGED, AND DECREED that:

1.   The administrative determinations of the Claims Administrator accepting the claims as indicated on the computer printout of accepted claims submitted with and described in the Declaration of Michael Rosenbaum, be and the same hereby are approved, and said claims are accepted;

2.   The administrative determinations of the Claims Administrator rejecting the claims as indicated on the computer printout of rejected claims submitted with and described in the

1  Declaration of Michael Rosenbaum are hereby approved, and said
2  claims are hereby rejected;
3       3.   The Net Settlement Fund shall be distributed to the
4  accepted claimants listed on Exhibit D to the Declaration of
5  Michael Rosenbaum in accordance with the Plan of Distribution
6  previously approved by this Court;
7       4.   The checks for distribution to the accepted claimants
8  shall bear the notation "CASH PROMPTLY, VOID 180 DAYS AFTER ISSUE
9  DATE." Lead Plaintiff's Counsel and the Claims Administrator are
10 authorized to take appropriate action to locate and/or contact any
11 accepted claimant who has not cashed his, her or its check within
12 said time;
13      5.   Berdon be paid $ 71,358.57 from the Net Settlement Fund
14 for its fees and expenses relating to the publication of Notice
15 and processing of claims as well as its estimate of the fees and
16 the expenses to be incurred in connection with the distribution of
17 the Net Settlement Fund to claimants;
18      6.   One year after the initial distribution of the Net
19 Settlement Fund to accepted claimants, and after appropriate
20 efforts have been made to have the accepted claimants cash their
21 checks and any unpaid costs or fees incurred in administering the
22 Net Settlement Fund have been paid, Lead Plaintiff's Counsel are
23 authorized, to distribute any funds remaining in the Net
24 Settlement Fund by reason of returned or unpaid checks or
25 otherwise, to accepted claimants;
26      7.   The Claims Administrator is hereby authorized to discard
27 (a) paper or hard copies of the Proof of Claim forms and
28 supporting documents and (b) electronic or magnetic media data not

1  less than three years after the initial distribution of the Net
2  Settlement Fund to the accepted claimants; and
3      8.   This Court retain jurisdiction over any further
4  application or matter which may arise in connection with this
5  action.

7      IT IS SO ORDERED.

9  DATED: 4/18/06

   The Honorable George H. King
   UNITED STATES DISTRICT JUDGE

3
[PROPOSED] ORDER RE DISTRIBUTION OF NET SETTLEMENT FUND